IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WHEELER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:15-cv-11137 |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC. | ) Honorable Virginia M. Kendall |
| | ) Magistrate Judge Sidney Schenkier |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc., by and through their undersigned attorneys, respectfully request that this Court grant them an extension of time, up to and including January 25, 2016, to answer or otherwise plead to the Complaint filed by Plaintiff Kevin Wheeler (Doc. 1). In support thereof, Defendants state:

1. Plaintiff filed the Complaint on December 11, 2015. Doc. 1.

2. The Returns of Summons indicates that Defendants were served on December 21, 2015. Docs. 12, 13 and 14.

3. By rule, Defendants have until January 11, 2015 to answer or otherwise plead to Plaintiff's Complaint. F.R.Civ.P. Rule 12(a)(1)(A)(i).

4. Defendants recently retained the law firm of Dykema Gossett PLLC to represent them in this action.

5. Counsel for Defendants require additional time to obtain and review the relevant documents, familiarize themselves with the facts of this matter, and prepare a response to Plaintiff's Complaint.

6. Defendants contacted Plaintiff's counsel, Cassandra Miller, by telephone and requested an extension of time for Defendants to respond to the Complaint. Defendants requested a 14-day extension of time (up to and including January 25, 2016) to answer or otherwise plead. Plaintiff's counsel indicated by telephone on January 6, 2016 that she does not oppose this request for an extension of time.

7. This is the first request for an extension of time to answer or otherwise plead to the Complaint that Defendants have made in this action. This request is not intended to cause delay or undue annoyance, and no party will be prejudiced if this Motion is granted.

WHEREFORE, Defendants respectfully request that this Court enter an order granting them up to and including January 25, 2016, in which to answer or otherwise plead to Plaintiff's Complaint.

Dated: January 7, 2015          Respectfully submitted,

                                MIDLAND FUNDING, LLC
                                MIDLAND CREDIT MANAGEMENT, INC. and
                                ENCORE CAPITAL GROUP, INC.

                                By:     s/Heather L. Kramer
                                    Theodore W. Seitz (tseitz@dykema.com)
                                    Heather L. Kramer (hkramer@dykema.com)
                                    Todd Gale (tgale@dykema.com)
                                    DYKEMA GOSSETT PLLC
                                    10 South Wacker Drive, Suite 2300
                                    Chicago, IL 60606
                                    (312) 876-1700
                                    *Attorneys for Defendants*

## **CERTFICATE OF SERVICE**

     I hereby certify that on January 7, 2016, I electronically filed the foregoing Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead using the CM/ECF system which will send notification of such filing to all registered participants.

                            s/Heather L. Kramer
                            Heather L. Kramer (hkramer@dykema.com)
                            Dykema Gossett PLLC
                            10 South Wacker Drive, Suite 2300
                            Chicago, IL  60606
                            (312)  876-1700